Antonio POE, Plaintiff–Appellant,

v.

Michael L. DOUGLAS; et al., Defendants–Appellees.

No. 02–15181.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Filed June 13, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

## MEMORANDUM**

Antonio Poe, a Nevada state prisoner, appeals pro se the district court's order dismissing his 42 U.S.C. § 1983 action for failure to pay the partial filing fee ordered by the district court. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the district court's decision to impose a partial filing fee pursuant to 28 U.S.C. § 1915 and dismissal for failure to pay. *Taylor v. Delatoore,* 281 F.3d 844, 847 (9th Cir.2002). We affirm.

Because Poe failed to comply with the court's order to pay the $ 4.17 partial filing fee, and offered no reason why he failed to

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

pay even though prison records indicated that he possessed adequate funds to pay, the district court did not abuse its discretion. *See Alexander v. Carson Adult High Sch.,* 9 F.3d 1448, 1449 (9th Cir.1993).

Poe's request for appointed counsel is denied. *See Terrell v. Brewer,* 935 F.2d 1015, 1017 (9th Cir.1991).

**AFFIRMED.**

---

* We unanimously find this case suitable for decision without oral argument and deny the appellees' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.